UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CARLOS NUNEZ NARANJO,

      Petitioner,

v.

                                    Case No. 3:26-cv-1080-MMH-PDB

U.S. DEPARTMENT OF
HOMELAND SECURITY, et al.,

      Respondents.

_____

**<u>ORDER</u>**

Petitioner Carlos Nunez Naranjo, an immigration detainee, filed a pro se Petition for Writ of Habeas Corpus Under 28 U.S.C. § 2241 (Doc. 1; Petition) on April 30, 2026. He argues that his prolonged detention violates the Fifth Amendment's Due Process Clause as the Supreme Court construed it in <u>Zadvydas v. Davis</u>, 533 U.S. 678 (2001). <u>See</u> Petition at 6-7. The "Federal Respondents do not oppose Petitioner's request for release at this time, subject to supervision pursuant to 8 U.S.C. 1231(a)(3)." Response (Doc. 6) at 2.

Accordingly, it is

**ORDERED**:

1.    Naranjo's Petition for Writ of Habeas Corpus Under 28 U.S.C. § 2241 (Doc. 1) is **GRANTED** on his <u>Zadvydas</u> claim. Respondents shall release

Naranjo **within 24 hours** of this Order, subject to his preexisting order of supervision.

2.      In light of Naranjo's recent transfer to a detention facility in California (Doc. 8), Respondent Warden's Motion to Dismiss (Doc. 5) is **DENIED as moot**.

3.      The **Clerk of Court** is directed to enter judgment granting the Petition on the Zadvydas claim, terminate any pending motions, and close the file.

**DONE AND ORDERED** in Jacksonville, Florida, this 9th day of July, 2026.

Marcia Morales Howard
MARCIA MORALES HOWARD
United States District Judge

JAX-3 7/8
c:
Carlos Nunez Naranjo
Counsel of Record

2